# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE ORN, individually and on behalf of all others similarly situated | : : : | No. 3:18cv599 |
| Plaintiff | : : : | (Judge Munley) |
| v. | : : | |
| ALLTRAN FINANCIAL, LP, Defendant | : : | |

## ORDER

**AND NOW**, to wit, this 26th day of November 2018, it is hereby **ORDERED** that the defendant's motion to compel arbitration (Doc. 10) is **DENIED**.

**BY THE COURT:**

**s/ _James M. Munley_____**
**JUDGE JAMES M. MUNLEY**
**United States District Court**