IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE ORN, individually and on behalf of all others similarly situated | No. 3:18cv599 |
| Plaintiff | (Judge Munley) |
| v. | |
| ALLTRAN FINANCIAL, LP, | |
| Defendant | |

## ORDER

**AND NOW**, to wit, this 17th day of April, 2019, before the court is a defendant requesting an interlocutory appeal (Doc. 39). Upon consideration of the defendant's motion, **IT IS HEREBY ORDERED** that the defendant's motion to appeal is **DENIED**.

FILED
SCRANTON
APR 1 7 2019

PER _____
DEPUTY CLERK

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court